FILED

JAN 23 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| KADRMAS, LEE & JACKSON, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA OPTICOM, LLC; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | No. CV 16-59-BU-SEH<br><br>ORDER |

On or before January 27, 2017, Plaintiff will provide to Defendants and file with the Court a complete copy of the contract referenced in paragraph eight of the Complaint.[1]

DATED this 23rd day of January, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 1 at 3.