**FILED**

FEB 06 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| KADRMAS, LEE & JACKSON, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA OPTICOM, LLC; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | No. CV 16-59-BU-SEH<br><br>**ORDER** |

On February 3, 2017, Plaintiff filed a Notice of Settlement and Motion to Vacate Deadlines in Light of Settlement.[1]

ORDERED:

1. All deadlines are VACATED.

---

[1] Docs. 23 and 24.

-1-

2. The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 6th day of February, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge