FILED

FEB 21 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KADRMAS, LEE & JACKSON, INC., <br><br> Plaintiff, <br><br> -vs- <br><br> MONTANA OPTICOM, LLC; and THE UNITED STATES OF AMERICA, <br><br> Defendants. | No. 2:16-CV-00059-SEH <br><br><br> ORDER |

Pursuant to written Stipulation by and between counsel for all parties that all of the claims and counterclaims alleged in the above-captioned Complaint and Counterclaim have been fully and finally compromised and settled upon the merits,

IT IS HEREBY ORDERED that all of the claims and counterclaims in the above-captioned action are dismissed with prejudice and each party is to pay its own respective costs and fees of any kind or nature.

DATED this 21st day of February, 2017.

SAM E. HADDON
United States District Judge